## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER L. ZAVALA | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| POLICE OFFICER NOAH ROBINSON | : | |
| Individually and as a Police Officer for | : | NO. 12-3527 |
| the Borough of South Coatesville, | : | |
| and | : | |
| POLICE OFFICER CLAUDE SIMPKINS | : | |
| Individually and as a Police Officer for | : | |
| the City of Coatesville | : | |
| and | : | |
| POLICE OFFICER | : | |
| CHRISTOPHER McCARTHY | : | |
| Individually and as a Police Officer for the | : | |
| City of Coatesville | : | |
| and | : | |
| SERGEANT JAMES AUDETTE | : | |
| Individually and as a Police Officer for the | : | |
| City of Coatesville | : | |
| and | : | |
| BOROUGH OF SOUTH COATESVILLE | : | |
| and | : | |
| CITY OF COATESVILLE | : | |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of Defendants, Officer Noah Robinson, individually and as a Police Officer for the Borough of South Coatesville and the Borough of South Coatesville in the above-captioned matter.

Defendants, Defendants, Officer Noah Robinson, individually and as a Police Officer for the Borough of South Coatesville and Borough of South Coatesville by and through their undersigned attorney, hereby demand a trial by jury in the above matter.

**MAYERS, MENNIES & SHERR, LLP**

BY:/s/ ANTHONY R. SHERR, ESQUIRE
    Attorney for Defendants
    Officer Noah Robinson and
    Borough of South Coatesville

    3031 Walton Road, Building A
    Suite 330, P.O. Box 1547
    Blue Bell, PA 19422-0440
    (610) 825-0300
    Fax (610) 825-6555